

# NUMBER 13-15-00139-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**TEXAS BOARD OF NURSING,**                                        **Appellant,**

**v.**

**BERNARDINO PEDRAZA JR.,**                                        **Appellee.**

---

### On appeal from the 93rd District Court
### of Hidalgo County, Texas

---

## ORDER ABATING APPEAL

**Before Justices Garza, Benavides, and Perkes**
**Per Curiam**

This cause is before the Court on appellant's unopposed motion to abate the appeal to allow the parties the opportunity to engage in settlement negotiations, and unopposed motion for extension of time to file the reporter's record.

The Court, having examined and fully considered the documents on file and the

unopposed motion to abate, is of the opinion that the unopposed motion to abate the appeal pending settlement should be granted. The motion to abate the appeal is GRANTED and this appeal is ordered ABATED until June 1, 2015. Appellant's motion to extend the deadline for filing the reporter's record to May 8, 2015, is GRANTED.

The Court directs appellant to file, on or before June 1, 2015, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
7th day of May, 2015.